UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TAYLOR JR. : | |
|     Petitioner, : | |
| : | |
| v. : | No. 22-cv-5054 |
| : | |
| BERNADETTE MASON, *et al.*, : | |
|     Respondents. : | |

# O R D E R

**AND NOW**, this 18th day of February, 2025, upon consideration of Petitioner's Motion to Appoint Counsel, s*ee* ECF No. 33; Petitioner's Motion for Relief Under Rule 60(b), *see* ECF No. 34; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Appoint Counsel, s*ee* ECF No. 33, is **DENIED**;

2. The Motion for Relief Under Rule 60(b), *see* ECF No. 34, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge